| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 055 |
|---|---|---|---|---|---|
| RG0 | 000190 | 000030 | | 0000090016 | 1 |

# Earnings Statement



3400 PAXTON ASSOCIATES INC
DBA FAULKNER TOYOTA
3400 PAXTON STREET
HARRISBURG, PA 17111-0000

Period Beginning: 02/10/2019
Period Ending: 02/23/2019
Pay Date: 03/01/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

MEGAN E FITZKEE
205 MEADOW LANE
HARRISBURG PA 17112

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1300.00 | 80.00 | 1,300.00 | 6,500.00 |
| Demo | | | 426.92 | 2,134.60 |
| Fi Commsn | | | 1,988.58 | 12,401.18 |
| Fi Bonus | | | | 4,858.00 |
| **Gross Pay** | | | **$3,715.50** | 25,893.78 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $3,430.53

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -564.20 | 4,613.09 |
| | Social Security Tax | -224.21 | 1,574.74 |
| | Medicare Tax | -52.44 | 368.29 |
| | PA State Income Tax | -97.91 | 714.22 |
| | Swatara Twp Local Svc Tax | -2.00 | 10.00 |
| | West Hanover Income Tax | -63.79 | 465.30 |
| | PA SUI/SDI Tax | -2.23 | 15.54 |
| | **Other** | | |
| | Demo | -426.92 | 2,134.60 |
| | Group Medical | -55.03* | 274.00 |
| | Roth | -185.78 | 1,294.68 |
| | Sunshine Club | -1.00 | 5.00 |
| | Vol Ben Pre | -44.16* | 220.80 |
| | 401K | -185.78* | 1,294.68 |
| | 401K Loan | -137.38 | 686.90 |
| | 401K Loan 2 | -161.57 | 807.85 |
| **Net Pay** | | | **$1,511.10** |
| Checking 1 | | -1,511.10 | |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Emplr 401K | 74.32 | 517.90 |

© 2000 ADP LLC

---

3400 PAXTON ASSOCIATES INC
DBA FAULKNER TOYOTA
3400 PAXTON STREET
HARRISBURG, PA 17111-0000

Advice number: 00000090016
Pay date: 03/01/2019

Deposited to the account of
MEGAN E FITZKEE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6326 | xxxx xxxx | $1,511.10 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 055 |
|---|---|---|---|---|---|
| RG0 | 000190 | 000030 | | 0000070016 | 1 |

3400 PAXTON ASSOCIATES INC
DBA FAULKNER TOYOTA
3400 PAXTON STREET
HARRISBURG, PA 17111-0000

# Earnings Statement 

Period Beginning: 01/27/2019
Period Ending: 02/09/2019
Pay Date: 02/15/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

MEGAN E FITZKEE
205 MEADOW LANE
HARRISBURG PA 17112

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1300.00 | 80.00 | 1,300.00 | 5,200.00 |
| Demo | | | 426.92 | 1,707.68 |
| Fi Bonus | | | 3,049.00 | 4,858.00 |
| Fi Commsn | | | 1,988.58 | 10,412.60 |
| **Gross Pay** | | | **$6,764.50** | 22,178.28 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $6,327.09

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -1,259.38 | 4,048.89 |
| | Social Security Tax | -413.25 | 1,350.53 |
| | Medicare Tax | -96.65 | 315.85 |
| | PA State Income Tax | -191.52 | 616.31 |
| | Swatara Twp Local Svc Tax | -2.00 | 8.00 |
| | West Hanover Income Tax | -124.77 | 401.51 |
| | PA SUI/SDI Tax | -4.06 | 13.31 |
| | **Other** | | |
| | Demo | -426.92 | 1,707.68 |
| | Group Medical | -55.03* | 218.97 |
| | Roth | -338.22 | 1,108.90 |
| | Sunshine Club | -1.00 | 4.00 |
| | Vol Ben Pre | -44.16* | 176.64 |
| | 401K | -338.22* | 1,108.90 |
| | 401K Loan | -137.38 | 549.52 |
| | 401K Loan 2 | -161.57 | 646.28 |
| | **Net Pay** | | **$3,170.37** |
| | Checking 1 | -3,170.37 | |
| | **Net Check** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Emplr 401K | 135.30 | 443.58 |

© 2000 ADP LLC

3400 PAXTON ASSOCIATES INC
DBA FAULKNER TOYOTA
3400 PAXTON STREET
HARRISBURG, PA 17111-0000

Advice number: 00000070016
Pay date: 02/15/2019

Deposited to the account of
MEGAN E FITZKEE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1184 | xxxx xxxx | $3,170.37 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 055 |
|---|---|---|---|---|---|
| RG0 | 000190 | 000030 | | 0000050016 | 1 |

# Earnings Statement



3400 PAXTON ASSOCIATES INC
DBA FAULKNER TOYOTA
3400 PAXTON STREET
HARRISBURG, PA 17111-0000

Period Beginning: 01/13/2019
Period Ending: 01/26/2019
Pay Date: 02/01/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

MEGAN E FITZKEE
205 MEADOW LANE
HARRISBURG PA 17112

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1300.00 | 80.00 | 1,300.00 | 3,900.00 |
| Demo | | | 426.92 | 1,280.76 |
| Fi Commsn | | | 4,212.01 | 8,424.02 |
| Fi Bonus | | | | 1,809.00 |
| **Gross Pay** | | | **$5,938.93** | 15,413.78 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $5,542.80

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -1,071.15 | 2,789.51 |
| | Social Security Tax | -362.07 | 937.28 |
| | Medicare Tax | -84.67 | 219.20 |
| | PA State Income Tax | -166.17 | 424.79 |
| | Swatara Twp Local Svc Tax | -2.00 | 6.00 |
| | West Hanover Income Tax | -108.26 | 276.74 |
| | PA SUI/SDI Tax | -3.57 | 9.25 |
| | **Other** | | |
| | Demo | -426.92 | 1,280.76 |
| | Group Medical | -55.03* | 163.94 |
| | Roth | -296.94 | 770.68 |
| | Sunshine Club | -1.00 | 3.00 |
| | Vol Ben Pre | -44.16* | 132.48 |
| | 401K | -296.94* | 770.68 |
| | 401K Loan | -137.38 | 412.14 |
| | 401K Loan 2 | -161.57 | 484.71 |
| | **Net Pay** | **$2,721.10** | |
| | Checking 1 | -2,721.10 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Emplr 401K | 118.78 | 308.28 |

© 2000 ADP LLC

---

3400 PAXTON ASSOCIATES INC
DBA FAULKNER TOYOTA
3400 PAXTON STREET
HARRISBURG, PA 17111-0000

Advice number: 00000050016
Pay date: 02/01/2019

Deposited to the account of
MEGAN E FITZKEE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1184 | xxxx xxxx | $2,721.10 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| | CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 055 |
|---|---|---|---|---|---|---|
| | RG0 | 000190 | 000030 | | 0000510025 | 1 |

# Earnings Statement

**ADP**

3400 PAXTON ASSOCIATES INC
DBA FAULKNER TOYOTA
3400 PAXTON STREET
HARRISBURG, PA 17111-0000

Period Beginning: 12/02/2018
Period Ending: 12/15/2018
Pay Date: 12/21/2018

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   PA: N/A

MEGAN E FITZKEE
205 MEADOW LANE
HARRISBURG PA 17112

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1300.00 | 80.00 | 1,300.00 | 33,150.00 |
| Demo | | | 426.92 | 9,819.24 |
| Fi Bonus | | | 980.00 | 26,781.00 |
| Fi Commsn | | | 2,414.26 | 72,330.98 |
| Ye Bonus | | | | 500.00 |
| **Gross Pay** | | | **$5,121.18** | 142,581.22 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -890.31 | 26,594.33 |
| Medicare Tax | | -72.84 | 2,031.04 |
| PA State Income Tax | | -141.11 | 3,998.72 |
| Swatara Twp Local Svc Tax | | -2.00 | 51.00 |
| West Hanover Income Tax | | -91.92 | 2,605.07 |
| PA SUI/SDI Tax | | -3.07 | 85.55 |
| Social Security Tax | | | 7,960.80 |
| **Other** | | | |
| Demo | | -426.92 | 9,819.24 |
| Group Medical | | -53.88* | 1,371.48 |
| Roth | | -256.06 | 7,129.06 |
| Sunshine Club | | -1.00 | 25.50 |
| Vol Ben Pre | | -44.16* | 1,138.15 |
| 401K | | -256.06* | 7,129.06 |
| 401K Loan | | -137.38 | 3,503.01 |
| 401K Loan 2 | | -161.57 | 3,069.83 |
| Uniform | | | 12.50 |
| **Net Pay** | | **$2,582.90** | |
| Checking 1 | | -2,582.90 | |

Net Check $0.00

\* Excluded from federal taxable wages

Your federal taxable wages this period are $4,767.08

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Emplr 401K | 102.42 | 2,851.64 |

*43,326.57* (handwritten)

---

3400 PAXTON ASSOCIATES INC
DBA FAULKNER TOYOTA
3400 PAXTON STREET
HARRISBURG, PA 17111-0000

Advice number: 00000510025
Pay date: 12/21/2018

Deposited to the account of
MEGAN E FITZKEE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1184 | xxxx xxxx | $2,582.90 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

© 2000 ADP, LLC

| | CO | FILE | DEPT | CLOCK | VCHR. NO. | 055 |
|---|---|---|---|---|---|---|
| | RG0 | 000190 | 000030 | | 0000510025 | 1 |

# Earnings Statement

**ADP**

*3400 PAXTON ASSOCIATES INC*
*DBA FAULKNER TOYOTA*
*3400 PAXTON STREET*
*HARRISBURG, PA 17111-0000*

Period Beginning: 12/02/2018
Period Ending: 12/15/2018
Pay Date: 12/21/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

MEGAN E FITZKEE
205 MEADOW LANE
HARRISBURG PA 17112

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1300.00 | 80.00 | 1,300.00 | 33,150.00 |
| Demo | | | 426.92 | 9,819.24 |
| Fi Bonus | | | 980.00 | 26,781.00 |
| Fi Commsn | | | 2,414.26 | 72,330.98 |
| Ye Bonus | | | | 500.00 |
| **Gross Pay** | | | **$5,121.18** | 142,581.22 |

Net Check  $0.00

* Excluded from federal taxable wages

Your federal taxable wages this period are $4,767.08

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -890.31 | 26,594.33 |
| | Medicare Tax | -72.84 | 2,031.04 |
| | PA State Income Tax | -141.11 | 3,998.72 |
| | Swatara Twp Local Svc Tax | -2.00 | 51.00 |
| | West Hanover Income Tax | -91.92 | 2,605.07 |
| | PA SUI/SDI Tax | -3.07 | 85.55 |
| | Social Security Tax | | 7,960.80 |
| | **Other** | | |
| | Demo | -426.92 | 9,819.24 |
| | Group Medical | -53.88* | 1,371.48 |
| | Roth | -256.06 | 7,129.06 |
| | Sunshine Club | -1.00 | 25.50 |
| | Vol Ben Pre | -44.16* | 1,138.15 |
| | 401K | -256.06* | 7,129.06 |
| | 401K Loan | -137.38 | 3,503.01 |
| | 401K Loan 2 | -161.57 | 3,069.83 |
| | Uniform | | 12.50 |
| | **Net Pay** | **$2,582.90** | |
| | Checking 1 | -2,582.90 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Emplr 401K | 102.42 | 2,851.64 |

© 2000 ADP, LLC

---

3400 PAXTON ASSOCIATES INC
DBA FAULKNER TOYOTA
3400 PAXTON STREET
HARRISBURG, PA 17111-0000

Advice number: 00000510025
Pay date: 12/21/2018

Deposited to the account of
MEGAN E FITZKEE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1184 | xxxx xxxx | $2,582.90 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Case 1:19-bk-01022-HWV   Doc 15   Filed 03/28/19   Entered 03/28/19 13:34:38   Desc
Main Document   Page 5 of 7

| CO | FILE | DEPT | CLOCK | VCHR. NO. | 055 |
|---|---|---|---|---|---|
| RG0 | 000190 | 000030 | | 0000010017 | 1 |

# Earnings Statement 

*3400 PAXTON ASSOCIATES INC*
*DBA FAULKNER TOYOTA*
*3400 PAXTON STREET*
*HARRISBURG, PA 17111-0000*

Period Beginning: 12/16/2018
Period Ending: 12/29/2018
Pay Date: 01/04/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

MEGAN E FITZKEE
205 MEADOW LANE
HARRISBURG PA 17112

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1300.00 | 64.00 | 1,300.00 | 1,300.00 |
| Demo | | | 426.92 | 426.92 |
| Holiday | | 16.00 | | |
| Vacation | | 16.00 | | |
| **Gross Pay** | | | **$1,726.92** | 1,726.92 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,542.54

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Emplr 401K | 34.54 | 34.54 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -160.09 | 160.09 |
| | Social Security Tax | -100.99 | 100.99 |
| | Medicare Tax | -23.62 | 23.62 |
| | PA State Income Tax | -36.91 | 36.91 |
| | Swatara Twp Local Svc Tax | -2.00 | 2.00 |
| | West Hanover Income Tax | -24.04 | 24.04 |
| | PA SUI/SDI Tax | -1.04 | 1.04 |
| | **Other** | | |
| | Demo | -426.92 | 426.92 |
| | Group Medical | -53.88* | 53.88 |
| | Roth | -86.34 | 86.34 |
| | Sunshine Club | -1.00 | 1.00 |
| | Vol Ben Pre | -44.16* | 44.16 |
| | 401K | -86.34* | 86.34 |
| | 401K Loan | -137.38 | 137.38 |
| | 401K Loan 2 | -161.57 | 161.57 |
| | **Net Pay** | **$380.64** | |
| | Checking 1 | -380.64 | |
| | **Net Check** | **$0.00** | |

### Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| MON | 12/17 | VACATION | | | | 8.00 |
| SAT | 12/22 | VACATION | | | | 8.00 |
| MON | 12/24 | HOLIDAY | | | | 8.00 |
| TUE | 12/25 | HOLIDAY | | | | 8.00 |

© 2000 ADP, LLC

---

3400 PAXTON ASSOCIATES INC
DBA FAULKNER TOYOTA
3400 PAXTON STREET
HARRISBURG, PA 17111-0000

Advice number: 00000010017
Pay date: 01/04/2019

Deposited to the account of
MEGAN E FITZKEE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1184 | xxxx xxxx | $380.64 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| RG0 | 000190 | 000030 | | 00000030016 | 055 1 |

# Earnings Statement



3400 PAXTON ASSOCIATES INC
DBA FAULKNER TOYOTA
3400 PAXTON STREET
HARRISBURG, PA 17111-0000

Period Beginning: 12/30/2018
Period Ending: 01/12/2019
Pay Date: 01/18/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

MEGAN E FITZKEE
205 MEADOW LANE
HARRISBURG PA 17112

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1300.00 | 56.00 | 1,300.00 | 2,600.00 |
| Demo | | | 426.92 | 853.84 |
| Fi Bonus | | | 1,809.00 | 1,809.00 |
| Fi Commsn | | | 4,212.01 | 4,212.01 |
| Holiday | | 8.00 | | |
| Vacation | | 24.00 | | |
| **Gross Pay** | | | **$7,747.93** | 9,474.85 |

| Net Check | $0.00 |
|---|---|

\* Excluded from federal taxable wages

Your federal taxable wages this period are $7,261.34

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -1,558.27 | 1,718.36 |
| | Social Security Tax | -474.22 | 575.21 |
| | Medicare Tax | -110.91 | 134.53 |
| | PA State Income Tax | -221.71 | 258.62 |
| | Swatara Twp Local Svc Tax | -2.00 | 4.00 |
| | West Hanover Income Tax | -144.44 | 168.48 |
| | PA SUI/SDI Tax | -4.64 | 5.68 |
| | **Other** | | |
| | Demo | -426.92 | 853.84 |
| | Group Medical | -55.03* | 108.91 |
| | Roth | -387.40 | 473.74 |
| | Sunshine Club | -1.00 | 2.00 |
| | Vol Ben Pre | -44.16* | 88.32 |
| | 401K | -387.40* | 473.74 |
| | 401K Loan | -137.38 | 274.76 |
| | 401K Loan 2 | -161.57 | 323.14 |
| | **Net Pay** | **$3,630.88** | |
| | Checking 1 | -3,630.88 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Emplr 401K | 154.96 | 189.50 |

### Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| TUE | 01/01 | HOLIDAY | | | | 8.00 |
| MON | 01/07 | VACATION | | | | 8.00 |
| TUE | 01/08 | VACATION | | | | 8.00 |
| WED | 01/09 | VACATION | | | | 8.00 |

© 2000 ADP, LLC

3400 PAXTON ASSOCIATES INC
DBA FAULKNER TOYOTA
3400 PAXTON STREET
HARRISBURG, PA 17111-0000

Advice number: 00000030016
Pay date: 01/18/2019

Deposited to the account of
MEGAN E FITZKEE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1184 | xxxx xxxx | $3,630.88 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE