```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                             Case No. 19-01022-HWV
Megan E. Fitzkee                                                   Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: PRadginsk             Page 1 of 2            Date Rcvd: Apr 29, 2019
                              Form ID: ntcnfhrg           Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2019.
```
db             +Megan E. Fitzkee,    205 Meadow Lane,    Harrisburg, PA 17112-8938
5172218        +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
5172219        +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
5172221        +Citi/Sears,    Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
5172222        +Citizens Bank,    1 Citizens Bank,    Riverside, RI 02915-3000
5174507        +Citizens Bank N.A.,    One Citizens Bank Way,    Mailstop: JCA115,    Johnston, RI 02919-1922
5172226        +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
5181971         First Associates Loan Servicing, LLC,    as agent for Lending USA,    P.O. Box 503430,
                 San Diego, CA 92150-3430
5172227        +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
5181970         Gary J. Holt,    First Associates Loan Servicing, LLC,    P.O. Box 503430,
                 San Diego, CA 92150-3430
5172230        +LendingUSA,    Attn: Bankruptcy Dept,    15303 Ventura Blvd. Suite 850,
                 Sherman Oaks, CA 91403-6630
5172232        +Pennymac Loan Services,    Correspondence Unit/Bankruptcy,    Po Box 514387,
                 Los Angeles, CA 90051-4387
5172234        +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,
                 Minneapolis, MN 55440-9475
5172235       ++WELLS FARGO,    N9286-01Y,    1000 BLUE GENTIAN RD #300,    EAGAN MN 55121-1786
               (address filed with court: Wells Fargo Bank,      Attn: Bankruptcy Dept,    Po Box 6429,
                 Greenville, SC 29606)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2019 19:55:32
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5172220        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 29 2019 19:42:22      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5183647         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 29 2019 19:42:05
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
5172223        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 29 2019 19:38:12
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
5172224         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 29 2019 19:38:12       Comenitybank/New York,
                 Attn: Bankruptcy,    Po Box 18215,    Columbus, OH 43218
5172225        +E-mail/PDF: creditonebknotifications@resurgent.com Apr 29 2019 19:42:09      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
5172228        +E-mail/Text: GenesisFS@ebn.phinsolutions.com Apr 29 2019 19:39:03      Genesis Bc/celtic Bank,
                 Attn: Bankruptcy,    268 South State Street Ste 300,    Salt Lake City, UT 84111-5314
5172229        +E-mail/Text: bncnotices@becket-lee.com Apr 29 2019 19:37:53       Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
5174300         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 29 2019 19:42:27      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5172231        +E-mail/Text: unger@members1st.org Apr 29 2019 19:38:52       Members 1st Fcu,
                 Attn: Bankruptcy Dept,    5000 Louise Dr,    Mechanicsburg, PA 17055-4899
5187265        +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 29 2019 19:38:34      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5172756        +E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2019 19:42:20      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5172233        +E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2019 19:42:38      Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2019 at the address(es) listed below:

```
          Alaine V. Grbach    on behalf of Debtor 1 Megan E. Fitzkee avgrbach@aol.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    PennyMac Loan Services, LLC bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Megan E. Fitzkee,

**Debtor 1**

Chapter 13

Case No. 1:19−bk−01022−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 29, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: June 5, 2019 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRadginsk, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 29, 2019 |

ntcnfhrg (03/18)