UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MEGAN E. FITZKEE : CHAPTER 13
      Debtor(s) :
 :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
      Movant :
 :
      vs. :
 :
MEGAN E. FITZKEE :
      Respondent(s) : CASE NO. 1-19-bk-01022

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 25th day of April, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically,

Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon the Means Test calculation and specifically disputes the following amounts:

   a. Marital adjustment calculation - Line 13.
   b. Plan payment calculation sum of Lines 34, 35, 36 45.
   c. Line 22 – verification.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

   AND NOW, this 7th day of May, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Alaine Grbach, Esquire
675 Rear Estelle Drive
Lancaster, PA 17601

                 /s/Deborah A. Behney
                 Office of Charles J. DeHart, III
                 Standing Chapter 13 Trustee