Rev. Dec 1, 2017

# LOCAL BANKRUPTCY FORM 2016-2(c)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE:<br>**MEGAN E. FITZKEE,** | **CHAPTER:** 13 |
|---|---|
| Debtor | **CASE NO.** - 1-bk-19-01022 |

### REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), reimbursement of expenses to be paid through a Chapter 13 plan. Complete **Part B** for payment of compensation and reimbursement of expenses to be allowed under a separate application and Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c) | |
|---|---|
| 1. Amount agreed to by debtor | $ **5,000.00** |
| 2. Less amount paid to attorney outside of plan distributions | $ **1,800.00** |
| 3. Balance of compensation to be paid through plan distributions | $ **3,200.00** |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) **Enter text** | $ **0.00** |

| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
|---|---|
| 1. Compensation and expenses to be approved by the Court | $ **Enter text** |
| 2. Less amounts paid to attorney outside of plan distributions | $ **Enter text** |
| 3. Balance of compensation and expenses to be paid through plan distributions | $ **Enter text** |

| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. '503(b)(2) in the following amount based on the information above: | $ **3,200.00** |
|---|---|

|  | /s/Alaine V. Grbach |
|---|---|
| Dated: **9/8/2019** | Attorney for Debtor |