```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                          Case No. 19-01022-HWV
Megan E. Fitzkee                                                Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-1         User: AutoDocke          Page 1 of 1          Date Rcvd: Jan 27, 2020
                             Form ID: trc             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2020.
5181971         First Associates Loan Servicing, LLC,   as agent for Lending USA,    P.O. Box 503430,
                  San Diego, CA 92150-3430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2020 at the address(es) listed below:
              Alaine V. Grbach    on behalf of Debtor 1 Megan E. Fitzkee avgrbach@aol.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   PennyMac Loan Services, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 4

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:19-bk-01022-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Megan E. Fitzkee
205 Meadow Lane
Harrisburg PA 17112

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/24/2020.

Name and Address of Alleged Transferor(s):

Claim No. 3: First Associates Loan Servicing, LLC, as agent for Lending USA, P.O. Box 503430, San Diego, CA 92150-3430

Name and Address of Transferee:

Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud, MN 56302-9617
Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud, MN 56302-9617

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/29/20

Terrence S. Miller
**CLERK OF THE COURT**