Certificate Number: 16339-PAM-DE-038585554

Bankruptcy Case Number: 19-01022


16339-PAM-DE-038585554

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 18, 2024, at 5:32 o'clock PM EDT, Megan Fitzkee completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 18, 2024

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor