United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-01022-HWV |
| Megan E. Fitzkee | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jun 18, 2024 | Form ID: fnldecnd | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Megan E. Fitzkee, 205 Meadow Lane, Harrisburg, PA 17112-8938 |
| cr | + | First Associates Loan Servicing, LLC, as agent for Lending USA, PO Box 503430, San Diego, CA 92150, UNITED STATES 92150-3430 |
| 5172226 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 5181971 | | First Associates Loan Servicing, LLC, as agent for Lending USA, P.O. Box 503430, San Diego, CA 92150-3430 |
| 5181970 | | Gary J. Holt, First Associates Loan Servicing, LLC, P.O. Box 503430, San Diego, CA 92150-3430 |
| 5172756 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5208159 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5172235 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 18 2024 18:48:23 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5193926 | | Email/PDF: bncnotices@becket-lee.com | Jun 18 2024 18:48:40 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5172218 | + | Email/PDF: bncnotices@becket-lee.com | Jun 18 2024 18:48:30 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5172219 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 18 2024 18:40:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 5172222 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 18 2024 18:40:00 | Citizens Bank, 1 Citizens Bank, Riverside, RI 02915 |
| 5174507 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 18 2024 18:40:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 5172220 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 18 2024 18:48:23 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5183647 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 18 2024 18:48:35 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5199125 | | Email/PDF: bncnotices@becket-lee.com | Jun 18 2024 18:48:30 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5172221 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 18 2024 18:48:36 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5172223 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 18 2024 18:40:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Po Box 182125, Columbus, OH 43218-2125 |
| 5172224 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 18 2024 18:40:00 | | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 5172225 | + | Email/PDF: creditonebknotifications@resurgent.com Jun 18 2024 18:48:34 | | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5172227 | + | Email/PDF: ais.fpc.ebn@aisinfo.com Jun 18 2024 18:48:35 | | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5172228 | + | Email/Text: GenesisFS@ebn.phinsolutions.com Jun 18 2024 18:41:00 | | Genesis Bc/celtic Bank, Attn: Bankruptcy, 268 South State Street Ste 300, Salt Lake City, UT 84111-5314 |
| 5294438 | | Email/Text: JCAP_BNC_Notices@jcap.com Jun 18 2024 18:40:00 | | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5294439 | | Email/Text: JCAP_BNC_Notices@jcap.com Jun 18 2024 18:40:00 | | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617, Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5172229 | + | Email/Text: PBNCNotifications@peritusservices.com Jun 18 2024 18:40:00 | | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 5174300 | | Email/PDF: resurgentbknotifications@resurgent.com Jun 18 2024 18:48:29 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5172230 | ^ | MEBN Jun 18 2024 18:40:09 | | LendingUSA, Attn: Bankruptcy Dept, 15303 Ventura Blvd. Suite 850, Sherman Oaks, CA 91403-6630 |
| 5172231 | + | Email/Text: unger@members1st.org Jun 18 2024 18:41:00 | | Members 1st Fcu, Attn: Bankruptcy Dept, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 5200384 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2024 18:48:27 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5202934 | + | Email/PDF: ebnotices@pnmac.com Jun 18 2024 18:48:27 | | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5172232 | + | Email/PDF: ebnotices@pnmac.com Jun 18 2024 18:48:29 | | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5187265 | + | Email/Text: JCAP_BNC_Notices@jcap.com Jun 18 2024 18:40:00 | | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5199578 | | Email/Text: bnc-quantum@quantum3group.com Jun 18 2024 18:40:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5195610 | | Email/Text: bnc-quantum@quantum3group.com Jun 18 2024 18:40:00 | | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5172756 | ^ | MEBN Jun 18 2024 18:40:29 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5172233 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jun 18 2024 18:48:17 | | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5201509 | + | Email/Text: bncmail@w-legal.com Jun 18 2024 18:40:00 | | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5172234 | + | Email/Text: bncmail@w-legal.com Jun 18 2024 18:40:00 | | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 5523568 | + | Email/Text: EBN@edfinancial.com Jun 18 2024 18:40:00 | | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 5195681 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Jun 18 2024 18:48:30 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des |

Moines, IA 50306-0438

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 20, 2024           Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alaine V. Grbach | on behalf of Debtor 1 Megan E. Fitzkee avgrbach@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PennyMac Loan Services LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Megan E. Fitzkee, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:19−bk−01022−HWV |

Social Security No.:
xxx−xx−1742

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Megan E. Fitzkee** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: June 18, 2024

**fnldec** (01/22)