| | |
|---|---|
| In re: | Case No. 19-01022-HWV |
| Megan E. Fitzkee | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jun 20, 2024 | Form ID: pdf010 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Megan E. Fitzkee, 205 Meadow Lane, Harrisburg, PA 17112-8938 |
| cr | + | First Associates Loan Servicing, LLC, as agent for Lending USA, PO Box 503430, San Diego, CA 92150, UNITED STATES 92150-3430 |
| 5172226 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 5181971 | | First Associates Loan Servicing, LLC, as agent for Lending USA, P.O. Box 503430, San Diego, CA 92150-3430 |
| 5181970 | | Gary J. Holt, First Associates Loan Servicing, LLC, P.O. Box 503430, San Diego, CA 92150-3430 |
| 5172756 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5208159 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5172235 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 20 2024 19:19:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5193926 | | Email/PDF: bncnotices@becket-lee.com | Jun 20 2024 19:19:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5172218 | + | Email/PDF: bncnotices@becket-lee.com | Jun 20 2024 19:19:18 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5172219 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 20 2024 19:09:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 5172222 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 20 2024 19:09:00 | Citizens Bank, 1 Citizens Bank, Riverside, RI 02915 |
| 5174507 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 20 2024 19:09:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 5172220 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 20 2024 19:19:13 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5183647 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 20 2024 19:19:21 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5199125 | | Email/PDF: bncnotices@becket-lee.com | Jun 20 2024 19:19:14 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5172221 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 20 2024 19:19:18 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5172223 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 20 2024 19:09:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Po Box 182125, Columbus, OH 43218-2125 |
| 5172224 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 20 2024 19:09:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 5172225 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 20 2024 19:19:14 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5172227 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 20 2024 19:19:17 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5172228 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 20 2024 19:10:00 | Genesis Bc/celtic Bank, Attn: Bankruptcy, 268 South State Street Ste 300, Salt Lake City, UT 84111-5314 |
| 5294438 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 20 2024 19:10:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5294439 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 20 2024 19:10:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617, Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5172229 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 20 2024 19:09:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 5174300 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 20 2024 19:19:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5172230 | ^ | MEBN | Jun 20 2024 19:07:41 | LendingUSA, Attn: Bankruptcy Dept, 15303 Ventura Blvd. Suite 850, Sherman Oaks, CA 91403-6630 |
| 5172231 | + | Email/Text: unger@members1st.org | Jun 20 2024 19:10:00 | Members 1st Fcu, Attn: Bankruptcy Dept, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 5200384 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 20 2024 19:19:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5202934 | + | Email/PDF: ebnotices@pnmac.com | Jun 20 2024 19:19:14 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5172232 | + | Email/PDF: ebnotices@pnmac.com | Jun 20 2024 19:19:14 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5187265 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 20 2024 19:10:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5199578 | | Email/Text: bnc-quantum@quantum3group.com | Jun 20 2024 19:09:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5195610 | | Email/Text: bnc-quantum@quantum3group.com | Jun 20 2024 19:09:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5172756 | ^ | MEBN | Jun 20 2024 19:07:56 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5172233 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 20 2024 19:19:21 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5201509 | + | Email/Text: bncmail@w-legal.com | Jun 20 2024 19:10:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5172234 | + | Email/Text: bncmail@w-legal.com | Jun 20 2024 19:09:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 5523568 | + | Email/Text: EBN@edfinancial.com | Jun 20 2024 19:09:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 5195681 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 20 2024 19:19:13 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des |

Moines, IA 50306-0438

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alaine V. Grbach | on behalf of Debtor 1 Megan E. Fitzkee avgrbach@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PennyMac Loan Services LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| MEGAN E. FITZKEE, | : | CHAPTER 13 |
| | : | |
| DEBTOR. | : | 1:19-bk-01022-HWV |

ORDER

Upon consideration of the Debtor's Motion to Reopen Case, Doc. 48, it is

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is reopened for the limited purpose of allowing the Debtor to file her Certification About a Financial Management Course so that the Debtor may obtain a discharge. Failure to file this Certification, to the extent not already filed, within 14 days may result in the case being reclosed without further notice and without entry of a discharge.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 20, 2024